| Fill in this information to identify the case: |
|---|
| Debtor 1   Charles Lang Rogers, Jr. |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Southern District of Mississippi |
| Case number  24-50628 |

## Official Form 410S1
# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  5  9  3  4

**Date of payment change:**
Must be at least 21 days after date of this notice      10/01/2025

**New total payment:** $ 956.54
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 399.82       New escrow payment: $ 369.51

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %       New interest rate: _____ %
   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1 charles Lang Rogers, Jr.     Case number (if known) 24-50628
         First Name  Middle Name  Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x _/s/ Brian Germany_                    Date 08/21/2025
Signature

Print: Brian                    Germany            Title Bankruptcy Analyst
       First Name   Middle Name  Last Name

Company  Trustmark Bank

Address  P. O. Box 522
         Number   Street

         Jackson              MS      39205
         City                 State   ZIP Code

Contact phone 601-208-4965              Email _____

---

Official Form 410S1                Notice of Mortgage Payment Change                page 2

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376   8/21/2025   11:54:35 AM ET   PFSP342

| | | | | |
|---|---|---|---|---|
| Account No | | Statement: Type | ANNUAL | Date   08/15/25 |
| SHORTAGE WAS SPREAD | | BKR | | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 4328.45 | CP Index Factor | 0.00 % |
| Ideal Escrow Payment | 360.70 | Cushion   C-1/6 | 580.22 |
| Cycle | 10/01/25 - 09/30/26 | RESPA Max 1/6 Cushion | 580.22 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 986.85 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 07/26 | Anticipated Bal   474.43 | Required Bal | 580.22 |
| SHORTAGE   -105.79 | DEFICIENCY   .00 | | |
| Current Escrow Shortage | -105.79 | Percentage of Change | -7.5809 % |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 10/01/25 - |
|---|---|---|
| 587.03 | PRINCIPAL & INTEREST | 587.03 |
| 399.82 | ESCROW | 360.70 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 8.81 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 986.85 | TOTAL BORROWER PAYMENT | 956.54 |

Message:                              OK                              MORE...

ANALYSIS/REVIEW - PROJECTION STATEMENT  376    8/21/2025  11:54:46 AM ET    PFSP344

```
+-------------------------Trial   Balance   Detail  -----------------------------+
|  -- To  Escrow  --        -- From  Escrow  --      ---- Escrow  Balance ----  |
|  Month     Antciptd   Cpindex    Antciptd      Desc        ANTCIPTD   Required |
|                        STARTING BALANCE =>       1054.70    1160.49           |
|  10/25     360.70       .00        70.59     FHA RI        1344.81    1450.60 |
|  11/25     360.70       .00        70.59     FHA RI        1634.92    1740.71 |
|  12/25     360.70       .00        70.59     FHA RI            .00        .00 |
|              .00        .00      1278.37     COUNTY         646.66     752.45 |
|  01/26     360.70       .00        70.59     FHA RI         936.77    1042.56 |
|  02/26     360.70       .00        70.59     FHA RI        1226.88    1332.67 |
|  03/26     360.70       .00        70.59     FHA RI        1516.99    1622.78 |
|  04/26     360.70       .00        70.59     FHA RI        1807.10    1912.89 |
|  05/26     360.70       .00        70.59     FHA RI        2097.21    2203.00 |
|  06/26     360.70       .00        70.59     FHA RI        2387.32    2493.11 |
|  07/26     360.70       .00      2203.00     HAZARD           .00        .00 |
|              .00        .00        70.59     FHA RI         474.43     580.22 |
|  08/26     360.70       .00        70.59     FHA RI         764.54     870.33 |
|  09/26     360.70       .00        70.59     FHA RI        1054.65    1160.44 |
+-------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                         OK                              BOTTOM

## CERTIFICATE OF SERVICE

I, Brian Germany, do herby certify that I have on this 21th day of August 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Final Cure Payment to the Case Trustee, Debtor(s),

David Rawlings
ecfnotices@rawlings13.net

Brian Germany
P.O. Box 522
Jackson, MS 39205

Charles Lang Rogers, Jr.

207 Delta Dr

Hattiesburg, MS 39402

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com