**Fill in this information to identify the case:**

Debtor 1 Charles Lang Rogers Jr.

Debtor 2 (Spouse, if filing) ____________

United States Bankruptcy Court for the: Southern District of MS (State)

Case number 26-50628

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no.** (if known): ____________

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 3 4

**Date of payment change:** Must be at least 21 days after date of this notice: 10 / 01 / 2026

**New total payment:** Principal, interest, and escrow, if any. *For HELOC payment amounts, see Part 3*: $ 994.80

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________

**Current escrow payment:** $ 369.51 **New escrow payment:** $ 407.77

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No

☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or - $______

Debtor 1 Charles Lang Rogers Jr. (First Name / Middle Name / Last Name)

Case number (*if known*) 26-50628

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☒ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ __________ **New mortgage payment:** $ __________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☒ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ [signature] Signature Date 8/20/26

Print: Jason Humphrey (First Name / Middle Name / Last Name) Title Bankruptcy Analyst

Company Trustmark Bank

Address PO Box 522 (Number Street)

Jackson MS 39205 (City / State / ZIP Code)

Contact phone (601) 208-4965 Email jhumphrey@trustmark.com

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376 8/20/2026 10:10:56 AM ET PFSP342

Account No Statement: Type ANNUAL Date 08/17/26

SHORTAGE WAS SPREAD BKR

**Analysis Based On**

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 4566.60 | CP Index Factor | 0.00 % |
| Ideal Escrow Payment | 380.55 | Cushion C-1/6 | 624.46 |
| Cycle | 10/01/26 - 09/30/27 | RESPA Max 1/6 Cushion | 624.46 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 956.54 |
| | | PMI Termination Date | 00/00/00 |

**Results**

Lowpoint Month: 07/27 Anticipated Bal 297.76 Required Bal 624.46

SHORTAGE -326.70 DEFICIENCY .00

| | | | |
|---|---|---|---|
| Current Escrow Shortage | -326.70 | Percentage of Change | 10.3542 % |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 10/01/26 - |
|---|---|---|
| 587.03 | PRINCIPAL & INTEREST | 587.03 |
| 369.51 | ESCROW | 380.55 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 27.22 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 956.54 | TOTAL BORROWER PAYMENT | 994.80 |

Message: OK MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376 8/20/2026 10:13:04 AM ET PFSP344

Trial Balance Detail

| -- To Escrow -- | | | -- From Escrow -- | | ---- Escrow Balance ---- | |
|---|---|---|---|---|---|---|
| Month | Antciptd | Cpindex | Antciptd | Desc | ANTCIPTD | Required |
| | | | STARTING BALANCE => | | 922.22 | 1248.92 |
| 10/26 | 380.55 | .00 | 68.32 | FHA RI | 1234.45 | 1561.15 |
| 11/26 | 380.55 | .00 | 68.32 | FHA RI | 1546.68 | 1873.38 |
| 12/26 | 380.55 | .00 | 68.32 | FHA RI | .00 | .00 |
| | .00 | .00 | 1320.76 | COUNTY | 538.15 | 864.85 |
| 01/27 | 380.55 | .00 | 68.32 | FHA RI | 850.38 | 1177.08 |
| 02/27 | 380.55 | .00 | 68.32 | FHA RI | 1162.61 | 1489.31 |
| 03/27 | 380.55 | .00 | 68.32 | FHA RI | 1474.84 | 1801.54 |
| 04/27 | 380.55 | .00 | 68.32 | FHA RI | 1787.07 | 2113.77 |
| 05/27 | 380.55 | .00 | 68.32 | FHA RI | 2099.30 | 2426.00 |
| 06/27 | 380.55 | .00 | 68.32 | FHA RI | 2411.53 | 2738.23 |
| 07/27 | 380.55 | .00 | 2426.00 | HAZARD | .00 | .00 |
| | .00 | .00 | 68.32 | FHA RI | 297.76 | 624.46 |
| 08/27 | 380.55 | .00 | 68.32 | FHA RI | 609.99 | 936.69 |
| 09/27 | 380.55 | .00 | 68.32 | FHA RI | 922.22 | 1248.92 |

Message: CLICK RETURN TO EXIT OK BOTTOM

**CERTIFICATE OF SERVICE**

**I, Jason Humphrey, do herby certify that I have this 20th day of August 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),**

**Jason Humphrey**
**P.O. Box 522**
**Jackson, MS 39205**

**David Rawlings**
ecfnotices@rawlings13.net

**Charles Lang Rogers, Jr.**
**207 Delta Dr**
**Hattiesburg, MS 39402**

**Thomas Carl Rollins, Jr**
**trollins@therollinsfirm.com**